UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN JACOBSON, | 1:22-cv-00826-ADA-CDB |
| Plaintiff, | |
| v. | ORDER TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA |
| FORD MOTOR COMPANY, | |
| Defendant. | |

On July 5, 2022, Plaintiff Dan Jacobson ("Plaintiff") filed an action against Defendant Ford Motor Company for alleged violations of the Song-Beverly Act, Cal. Civil Code § 1790 et seq. (ECF No. 1).

During a conference with the parties on October 27, 2022, based on the absence of facts and allegations in the complaint regarding the connection between the claims and the Eastern District of California, the Court sought clarification as to whether venue was proper in the Eastern District of California. (ECF No. 17). Afterwards, the Court ordered the parties to meet and confer and file a joint report setting forth the parties' positions regarding transfer of venue. (ECF No. 18). On November 3, 2022, the parties filed their joint report in which they acknowledged meeting and conferring and resolving that this action should be transferred to the Northern District of California.

In the interest of justice, a federal court may transfer a case filed in the wrong district to the correct district. See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Northern District of California.

IT IS SO ORDERED.

Dated: __**November 8, 2022**__    _____
UNITED STATES MAGISTRATE JUDGE

2